IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VINCENT BASS,

    Plaintiff,

VS.                          NO. 04-2318-MaP

FEDERAL EXPRESS,

    Defendant.

ORDER AMENDING SCHEDULE

    Pursuant to defendant's August 1, 2005, motion for status conference in this matter, the court held a conference on August 5, 2005. Appearing *pro se* was plaintiff Vincent Bass. Participating on behalf of the defendant was Karen McManus. For good cause shown, the court amends the schedule as follows:

1. The deadline for completing discovery is February 6, 2006.
2. The deadline for filing potentially dispositive motions is March 6, 2006.
3. The parties will submit a proposed joint pretrial order by 5:00 p.m. on Jun 2, 2006.
4. A pretrial conference will be held on Friday, June 9, 2006, at 1:30 p.m.
5. The jury trial is **reset** to **Monday, June 19, 2006,** at 9:30 a.m., and is expected to take 4 days.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-24-05

(33)

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 18th day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02318 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Vincent Bass
6869 Delta Newberry Cv.
Olive Branch, MS 38654

Richard C. Saxton
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Karen Vaughan McManus
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT