IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 22 PM 3: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VINCENT K. BASS,

    Plaintiff,

VS.                                          NO. 04-2318-MaP

FEDERAL EXPRESS CORP.,

    Defendant.

## ORDER OF DISMISSAL

The parties have submitted a "Stipulation of Dismissal" in this matter indicating that this matter may be dismissed. It is therefore ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs and expenses, including attorneys' fees.

Entered this 21st day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02318 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Richard C. Saxton
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Karen Vaughan McManus
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Vincent Bass
6869 Delta Newberry Cv.
Olive Branch, MS 38654

Honorable Samuel Mays
US DISTRICT COURT