UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 DEC 30  AM 7: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VINCENT K. BASS,

    Plaintiff.

v.                                                          Cv. No. 04-2318-Ma

FEDERAL EXPRESS CORP.,

    Defendant.

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed December 28, 2005. Each party shall bear its own costs, expenses and attorneys' fees.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 29, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

Document entered on the docket sheet in compliance
[illegible]  12-30-05

40

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02318 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Richard C. Saxton
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Karen Vaughan McManus
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Vincent Bass
6869 Delta Newberry Cv.
Olive Branch, MS 38654

Honorable Samuel Mays
US DISTRICT COURT